No. 189. WILLIAMS ET AL. *v.* PACIFIC MARITIME ASSOCIATION ET AL. C. A. 9th Cir. Certiorari denied. Petitioners *pro se. Richard Ernst* for respondents.

No. 191. EMERSON INSTITUTE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Byron N. Scott* for petitioner. *Solicitor General Marshall* for the United States.

No. 193. HOOVER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Luther E. Jones, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Joseph M. Howard* for the United States.

No. 194. EQUITABLE PUBLISHING CO. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Gordon W. Gerber* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Melva M. Graney* for respondent.

No. 195. CHEMICAL NATURAL RESOURCES, INC., ET AL. *v.* REPUBLIC OF VENEZUELA. Sup. Ct. Pa. Certiorari denied. *Abraham E. Freedman* and *Martin J. Vigderman* for petitioners. *Howard C. Westwood, William A. Dobrovir* and *Thomas F. Mount* for respondent.

No. 196. FRUEHAUF CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Alfons Landa, Raymond C. Cushwa* and *George D. Webster* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Harry Baum* for respondent.